UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br>    Plaintiff(s),<br>v.<br>FRANK DRESSEN, et al.,<br>    Defendant(s). | Case No. 2:24-cv-01076-JAD-NJK<br>**ORDER**<br>[Docket No. 12] |

Pending before the Court is Plaintiff's filing that includes a motion to stay proceedings, an emergency motion for temporary restraining order and preliminary injunction, a motion to supplement the complaint, and a motion for appointment of counsel. Docket No. 12.[1] The defense filed a response raising technical procedural arguments. Docket No. 13. Plaintiff filed a reply. Docket No. 16. The motions have been referred to the undersigned magistrate judge for handling.

The Court begins with the defense's contention that Plaintiff's filing violates Local Rule IC 2-2(c), in that separate motions were combined into a single PDF for filing. Docket No. 13 at 1-2 n.2. As a threshold matter, it is not clear whether it was the law library or Plaintiff that decided to combine the various motions into a single PDF. Regardless, however, the Court declines to deny relief to Plaintiff based on this highly technical argument in the circumstances of this case. *See* Local Rule IA 1-4 ("The court may sua sponte . . . change, dispense with, or waive any of these rules if the interests of justice so require"). Instead, the Court will provide separate docket numbers for the four motions that were joined in the single PDF.

Turning to the motions themselves, the reply appears to seek withdrawal of the motion to stay. *See* Docket No. 16. As such, that motion will be denied as withdrawn.

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

Accordingly, the Court hereby **ORDERS** as follows:

- The Clerk's Office is **INSTRUCTED** to refile Docket No. 12 as three additional motions: (1) an emergency motion for temporary restraining order and preliminary injunction; (2) a motion to supplement the complaint; and (3) a motion for appointment of counsel.
- The deadline is **RESET** to June 2, 2025, to respond to the emergency motion for temporary restraining order and preliminary injunction, motion to supplement the complaint, and motion for appointment of counsel. Any reply from Plaintiff must be filed by June 9, 2025.
- The motion to stay (Docket No. 12) is **DENIED** as withdrawn.

IT IS SO ORDERED.

Dated: May 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge