**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNON CARTER,<br><br>    Plaintiff(s),<br><br>v.<br><br>FRANK DREESEN, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01076-JAD-NJK<br><br>**Order**<br><br>[Docket Nos. 23, 27, 31] |

    Pending before the Court are Defendant's motions to seal Plaintiff's medical records. Docket Nos. 23, 27, 31. For compelling reasons shown, the motions to seal are **GRANTED**.

    IT IS SO ORDERED.

    Dated: June 16, 2025

                                                       Nancy J. Koppe<br>                                                       United States Magistrate Judge