# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK DREESEN, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01076-JAD-NJK<br><br>**Order**<br><br>[Docket No. 45] |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 45. Defendants must file a response by August 14, 2025.

IT IS SO ORDERED.

Dated: August 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge