# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br>    Plaintiff,<br>v.<br>FRANK DREESEN, et al.,<br>    Defendants. | Case No. 2:24-cv-01076-JAD-NJK<br>**Order**<br>[Docket No. 45] |

The parties have settled this case. *See* Docket No. 48. As such, the case management deadlines are VACATED and Plaintiff's motion to extend the discovery cutoff (Docket No. 45) is DENIED as moot. The parties must file dismissal papers by September 22, 2025.

IT IS SO ORDERED.

Dated: August 15, 2025

_____
Nancy J. Koppe
United States Magistrate Judge