AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
JEFFREY D. WHIPPLE, (Bar No. 16346)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK DREESEN, et al.,<br><br>　　　　Defendant. | Case No. 2:24-cv-01076-JAD-NJK<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>ECF No. 50 |

Plaintiff, Shannon Carter, pro se, and Defendants, Frank Dreesen and Jane Doe #1, by and through counsel, Aaron D. Ford, Nevada Attorney General, Samuel L. Pezone Jr., Deputy Attorney General, Jeffrey D. Whipple, Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 9th day of August, 2025.

By: _____
Shannon D. Carter #70773
*Plaintiff, Pro se*

DATED this 9th day of August, 2025.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 50]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 17, 2025